1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    EDDIE PERALES,

11             Plaintiff,              No. CIV S-06-0358 MCE KJM P

12       vs.

13    R. HICKMAN, et al.,

14             Defendants.             ORDER

15    _____/

16             Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42

17    U.S.C. § 1983.

18             By an order filed June 21, 2006, this court ordered plaintiff to complete and return

19    to the court, within thirty days, the summons, eight USM-285 forms and nine copies of his

20    complaint, which are required to effect service on the defendants.  On June 29, 2006, plaintiff

21    submitted six USM-285 forms but failed to submit exact copies of the February 21, 2006

22    complaint.

23             Accordingly, IT IS HEREBY ORDERED that:

24             1.  The Clerk of the Court is directed to send the copy of the complaint filed by

25    plaintiff on February 21, 2006 and two blank USM-285 forms; and

26    /////

1

1        2.  Within thirty days, plaintiff shall submit to the court the two completed USM-

2  285 forms for defendants Martinez and Etheredge and nine copies of the February 21, 2006

3  complaint required to effect service.  Failure to return the copies within the specified time period

4  will result in a recommendation that this action be dismissed.

5  DATED:  July 20, 2006.

6

7                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12  /mp
     pera0358.8f

13

14

15

16

17

18

19

20

21

22

23

24

25

26