IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE PERALES,

    Plaintiff,                      No. CIV S-06-0358 MCE KJM P

   vs.

R. HICKMAN, et al.,

    Defendants.          ORDER

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' October 16, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 25, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' October 16, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
pera0358.36