BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2395
 Fax: (916) 324-5205
 Email: Michelle.Angus@doj.ca.gov

Attorneys for Defendants R. Campbell, S. Garcia, K. Johnson, M. Hamilton, L. Martinez, P. Etheredge and E.A. Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE PERALES,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**R. HICKMAN, ET AL,**<br><br>                    Defendants. | 2:06-CV-0358 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO SERVE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

    Good cause appearing, Defendants are granted a seven-day extension of time to serve a reply in support of Defendants' Motion to Dismiss Plaintiff's Complaint. Defendants' reply shall be due on or before December 4, 2006.

Dated: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order Granting Defendants' First Request For Extension Of Time To Serve Reply In Support Of Defendants' Motion To Dismiss Plaintiff's Complaint

1