IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE PERALES,

      Plaintiff,                          No. 2:06-cv-00358-MCE-KJM P

      v.

R. HICKMAN, et al.,                   <u>ORDER</u>

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations and a motion to amend the complaint to add plead a substantive due process violation.

/////

/////

/////

1

1          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Moreover, having reviewed plaintiff's motion to amend, the court finds it to be without merit.

         Accordingly, IT IS HEREBY ORDERED that:

         1. The findings and recommendations filed July 31, 2007, are adopted in full; and

         2. Defendants' motion to dismiss is granted and the action dismissed for failure to state a claim upon which relief can be granted.

         3. Plaintiff's August 15, 2006 motion to amend the complaint is denied.

Dated: August 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE